JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUOQING WANG, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JEFF SESSIONS, Attorney General of the United States, *et al.*,<br><br>　　　　　Defendants. | No. SACV 17-0587-JLS(DFMx)<br><br>**ORDER FOR DISMISSAL OF FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice. |
| 3 | |

Pursuant to the parties' stipulation, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice.

DATED: September 29, 2017

*[signature: Josephine Staton]*

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE